UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAULETTE EDWARDS                   :
                                   :
                                   :
V.                                 :   CIV. NO.  3:07CV1611(JCH)
                                   :
R&R RECOVERY, ET AL.               :

                              ORDER

     Plaintiff has filed interrogatories and requests for

production, seeking information about the transactions which

resulted in the repossession of plaintiff's car.  The defendant

Source One hired R&R Recovery to repossess a car based on a debt

owed by a Source One Customer.  R&R seized plaintiff's car,

although plaintiff owed no debt to Source One and the car to be

repossessed had a different VIN than plaintiff's car.  Source One

objected to the production on the grounds that compliance would

"require disclosure of confidential, private, personal and

financial information of Source One's debtor."  The Court

overrules Source One's objections that information responsive to

interrogatory and production requests would require the

disclosure of the customer's personal and banking information.

Plaintiff's oral Motion to Compel a response to interrogatories

and production requests [undocketed] is **GRANTED.**

     Source One will produce the responsive information, which

may be redacted to remove social security numbers, bank account

numbers, and other nonpertinent personal information.

     Production is stayed for 30 days to permit the customer to

come to court and make any objections to production.  Source One

shall cause a copy of this order to be delivered to the affected

customer(s) forthwith to enable the customer(s) to file an objection and be heard.

Information produced pursuant to this order will be used only in connection with this litigation and will be returned to Source One at the conclusion of the case.


SO ORDERED at Bridgeport this 24th day of April 2008.


_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE